AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE    District of    ALABAMA

PHOEBE U. LOVE

**SUMMONS IN A CIVIL ACTION**

V.

FOOT LOCKER STORES, INC.

CASE NUMBER: 3:05cv766-T

TO: (Name and address of Defendant)

Foot Locker Stores, Inc.
%The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Don Eddins
Attorney at Law
337 E. Magnolia Avenue, Suite 3
Auburn, AL 36830

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                       8/15/05
_____        _____
CLERK                                                  DATE

_____
(By) DEPUTY CLERK