Case 3:05-cv-00766-MHT-CSC    Document     Filed 08/17/2005    Page 1 of 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Mickey Purnell*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) — Mickey Purnell

C. Date of Delivery

1. Article Addressed to:

Foot Locker Stores, Inc.
%/o The Corporation Company
2000 Interstate Park
Drive, Suite 204
Montgomery, AL 36109

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2005 AUG 17  P 12: 50

S&C 05-766

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7005 0390 0001 6159 6897

PS Form 3811, February 2004    Domestic Return Receipt   Love / Ft. Locker   102595-02-M-1540