IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 SEP 14  A 9: 32

| | |
|---|---|
| PHOEBE U. LOVE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:05-cv-766-T ) |
| FOOT LOCKER STORES, INC., | ) ) |
| Defendant. | ) |

## REQUEST TO EXTEND SUBMISSION DATE
## FOR *PRO HAC VICE* MOTION

NOW COMES David E. Allred, counsel of record for Defendant **FOOT LOCKER, INC., A DIVISION OF FOOT LOCKER RETAIL, INC.**, and requests an extension of time for submission of certificates in support of the Motion for Admission *Pro Hac Vice* of Tim J. Riemann and, for reason, says:

1. That in accord with this Court's Order, the Motion for Admission *Pro Hac Vice* of William C. Martucci and Tim J. Riemann is filed herewith.

2. That in support of said motion, the Certificate of Good Standing of William C. Martucci from the United States District Court for the Western District of Missouri is attached hereto.

3. That at the time of filing this motion, a Certificate of Good Standing regarding Tim J. Riemann has been requested from the United States District Court for the District of Kansas, but is not available at this time to be filed.

WHEREFORE, THE PREMISES CONSIDERED, the Court is requested to permit Tim J. Riemann sufficient additional time for the United States District Court, District of Kansas,

to respond to said movant's request for a Certificate of Good Standing, whereupon the receipt of which, said Certificate will be filed by supplement in this Court.

Respectfully submitted,

DAVID E. ALLRED, P.C.

By: _____
DAVID E. ALLRED

1774 Taliaferro Trail
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977


SHOOK, HARDY & BACON L.L.P.

WILLIAM C. MARTUCCI*
TIM J. RIEMANN*
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone:   (816) 474-6550
Facsimile:   (816) 421-5547
* Messrs. Martucci and Riemann are prospective *pro hac vice* admittees to this Court.

ATTORNEYS FOR DEFENDANT
FOOT LOCKER STORES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Request to Extend Submission Date for Pro Hac Vice Motion* has been served upon the following counsel of record in this cause by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 13th day of September, 2005:

>W. Dons Eddins, Esq.
>337 E. Magnolia Avenue, Suite 3
>Auburn, Alabama 36830

_____
OF COUNSEL