IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 SEP 14 A 9: 32

| | |
|---|---|
| PHOEBE U. LOVE, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05-cv-766-T |
| ) | |
| FOOT LOCKER STORES, INC., ) | |
| ) | |
| *Defendant.* ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

NOW COME **WILLIAM C. MARTUCCI** and **TIM J. RIEMANN**, counsel for Defendant **FOOT LOCKER, A DIVISION OF FOOT LOCKER RETAIL, INC.**, and respectfully move this Honorable Court for permission to appear as counsel *pro hac vice* in accordance with Local Rule 83.1 for the limited purposes of representing defendant in this lawsuit. Movants Martucci and Riemann designate undersigned counsel, **DAVID E. ALLRED**, with the law firm of **DAVID E. ALLRED, P.C.**, Post Office Box 241594, Montgomery, Alabama, 36124-1594, (334) 396-9200, as local counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

In support of their motion, movants state the following:

### WILLIAM C. MARTUCCI

(1) Full name:  **William C. Martucci**

(2) Present business address:

> **2555 Grand Boulevard
> Kansas City, Missouri 64108-2613**

(3)    Office telephone number:  **(816) 474-6550**

(4)    Name of your firm, company, or agency:

      **Shook, Hardy & Bacon L.L.P.**

(5)    State the law school(s) you have attended, specifying the dates and the degree(s) you have received:

      **University of Arkansas - J.D. with honors, 1977**

      **Georgetown University, LLM, 1981**

(6)    Presently admitted to practice:

| | |
|---|---|
| **Supreme Court of Missouri** | **Admitted September 3, 1977** |
| **United States District Court Western District of Missouri** | **Admitted September 10, 1977** |
| **United States District Court District of Kansas** | **Admitted March 2, 1998** |
| **United States District Court Eastern District of Missouri** | **Admitted January 5, 2005** |

No disciplinary proceedings are pending against Mr. Martucci in any jurisdiction. Mr. Martucci certifies that he has knowledge of the Local Rules of the United States District Court for the Middle District of Alabama and that he is not a resident of this district. Additional, Mr. Martucci agrees to comply with the provisions of the Alabama Rules of Professional Conduct, and consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

### TIM J. RIEMANN

(1)    Full name:  **Timothy J. Riemann**

(2)    Present business address:

      **10801 Mastin, Suite 1000**
      **84 Corporate Woods**
      **Overland Park, Kansas 66210-1671**

(3) Office telephone number: **(913) 451-6060**

(4) Name of your firm, company, or agency:

**Shook, Hardy & Bacon L.L.P.**

(5) State the law school(s) you have attended, specifying the dates and the degree(s) you have received:

**Stanford Law School - J.D., 2004**

(6) Presently admitted to practice:

| | |
|---|---|
| **Supreme Court of Kansas** | **Admitted September, 2004** |
| **United States District Court District of Kansas** | **Admitted September, 2004** |

No disciplinary proceedings are pending against Mr. Riemann in any jurisdiction. Mr. Riemann certifies that he has knowledge of the Local Rules of the United States District Court for the Middle District of Alabama and that he is not a resident of this district. Additional, Mr. Riemann agrees to comply with the provisions of the Alabama Rules of Professional Conduct, and consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

WHEREFORE, PREMISES CONSIDERED, movants respectfully request permission from this Court to appear as counsel *pro hac vice* in the above-styled case.

Respectfully submitted,

_/s/ William C. Martucci_
WILLIAM C. MARTUCCI
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

-3-

_/s/ Tim J. Riemann_
TIM J. RIEMANN
SHOOK, HARDY & BACON LLP
10801 Mastin, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210-1671
Telephone:   (913) 451-6060
Facsimile:    (913) 451-8879

and

_/s/ David E. Allred_
DAVID E. ALLRED
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

COUNSEL FOR DEFENDANT
FOOT LOCKER, A DIVISION OF
FOOT LOCKER RETAIL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have this 13th day of September, 2005 electronically filed the foregoing *Motion for Admission Pro Hac Vice* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Eastern Division, using the CM/ECF system, which will send notification of such filing to:

W. Don Eddins, Esq.
337 E. Magnolia Avenue, Suite 3
Auburn, Alabama 36830
doneddins@charter.net

_/s/ David E. Allred_
OF COUNSEL

-4-

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**     )
                                 )   SS.
**WESTERN DISTRICT OF MISSOURI** )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that WILLIAM C. MARTUCCI was duly admitted to practice in said Court on SEPTEMBER 10, 1977.

WILLIAM C. MARTUCCI is currently in an ACTIVE status and has NOT been disciplined by this Court.

Dated at Kansas City, Missouri
on September 8, 2005

_Patricia L. Brune_
Clerk

By _Lori Carr_
Lori Carr, Deputy Clerk

:goodst.att