IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHOEBE U. LOVE, | ) |
| *Plaintiff,* | ) ) ) |
| vs. | ) Case No. 3:05-cv-766-T ) |
| FOOT LOCKER STORES, INC., | ) ) |
| *Defendant.* | ) ) |

## SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

NOW COMES David E. Allred, counsel of record for Defendant **FOOT LOCKER, INC., A DIVISION OF FOOT LOCKER RETAIL, INC.**, and supplements the Motion for Admission *Pro Hac Vice* heretofore filed with the following:

The Certificate of Good Standing from the United States District Court for the District of Kansas regarding Timothy J. Riemann is attached hereto.

Respectfully submitted,

DAVID E. ALLRED, P.C.

By: _____
DAVID E. ALLRED

1774 Taliaferro Trail
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977

SHOOK, HARDY & BACON L.L.P.

WILLIAM C. MARTUCCI*
TIM J. RIEMANN*
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
* Messrs. Martucci and Riemann are prospective *pro hac vice* admittees to this Court.

ATTORNEYS FOR DEFENDANT
FOOT LOCKER STORES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Supplemental Submission in Support of Motion for Admission Pro Hac Vice* has been served upon the following counsel of record in this cause by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 15th day of September, 2005:

W. Dons Eddins, Esq.
337 E. Magnolia Avenue, Suite 3
Auburn, Alabama 36830

_____
OF COUNSEL

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

## CERTIFICATE OF GOOD STANDING

I, RALPH L. DeLOACH, Clerk of this Court, certify that Timothy J. Riemann, Bar # 21737, was duly admitted to practice in this Court on September 24, 2004 (DATE), and is in good standing as a member of the Bar of this Court.

Dated at Kansas City, Kansas (LOCATION) on September 12, 2005 (DATE).

RALPH L. DeLOACH
CLERK



DEPUTY CLERK