IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **PHOEBE U. LOVE,** )<br>   )<br>   Plaintiff, )<br>   )<br>v.  )<br>   )<br>**FOOT LOCKER STORES, INC.,** )<br>   )<br>   Defendant. ) | **CIVIL ACTION NO.**<br>**3:05cv766-T** |

ORDER

It is ORDERED that:

(1) The request to extend (Doc. No. 7) is granted.

(2) The motion for admission pro hac vice (Doc. No. 8) is granted.

DONE, this the 19th day of September, 2005.

　　　　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE