IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHOEBE U. LOVE, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 3:05cv-766-T |
| FOOT LOCKER STORES, INC., ) | |
| Defendant. ) | |

## REPORT OF PARTIES PLANNING MEETING

1.  Pursuant to Fed. R. Civ. P. 26(f), the following attorneys have conferred regarding proposed deadlines in this case and submit the following joint report:

> W. Don Eddins for plaintiff;
> David E. Allred, for defendant;
> William C. Martucci, for defendant;
> Tim J. Riemann, for defendant.

2.  **Pre-Discovery Disclosures.** The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1), within twenty-one (21) days of the entry of the Court's Scheduling Order.

3.  **Discovery Plan.** The parties jointly propose to the court the following discovery plan: Discovery will be needed on the following subjects: (a) plaintiff's claims that she was sexually harassed by her supervisor on her job with Foot Locker Stores, Inc.; (b) defendant's denial of the allegations and contentions that Foot Locker Stores, Inc. acted with reasonable care to prevent and promptly correct any alleged discriminatory or harassing behavior.

All discovery commenced in time to be completed by March 15, 2006.

Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for production by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of 10 depositions by plaintiff and 10 by defendants.

Each deposition limited to maximum of 8 hours, unless extended by agreement of the

parties.

To the extent applicable, reports from retained experts under Rule 26(a)(2) due from the plaintiff by February 1, 2006, and from the defendants by February 28, 2006.

Supplementations due within 14 days after any party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional or corrective information has not otherwise been made known to other parties in the discovery process or in writing.

4. **Other Items.**

The parties are of the opinion that a conference with the Court, unless the Court would prefer to have such a conference in chambers, by telephone, or otherwise will not be needed prior to the entry of the Scheduling Order.

Any motions to amend the pleadings or to join additional parties should be filed within seventy-five (75) days of the entry of the Court's Scheduling Order.

All potentially dispositive motions shall be filed no later than thirty (30) days prior to the pretrial hearing.

Settlement may be enhanced by the use of mediation.

The parties request a pretrial hearing in May 2006.

Final lists of witnesses, exhibits, and deposition excerpts under Rule 26(a)(3) shall be due from the plaintiff and the defendants thirty (30) days prior to trial.

The parties shall have ten (10) days after service of final lists of witnesses, exhibits, and deposition excerpts to make objections under Rule 26(a)(3).

Requested voir dire questions, proposed jury instructions, and motions in limine (fully briefed) shall be filed fourteen (14) days prior to trial.

The case shall be ready for trial for the May 22, 2006 term in Opelika, Alabama and at this time is anticipated to take approximately two days to try.

Respectfully submitted this _21_ day of _October_, 2005.

_____
W. Don Eddins (KSB-1424-S65W)
Attorney for Plaintiff
337 E. Magnolia Avenue, Ste. 3
Auburn, AL 36830
(334) 821-9981
Facsimile (334) 826-7700

_____
David E. Allred
Attorney for Defendant
1774 Taliaferro Trial
P.O. Box 241594
Montgomery, AL  36124-1594
(334) 396-9200
Facsimile (334) 396-9977