**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 21, 2005

# NOTICE OF NON-COMPLIANCE

**To:**            **ALL COUNSEL OF RECORD**

**Case Style**      Phoebe Love vs. Foot Locker Store, Inc.
                    Civil Action No. 3:05cv766

**Referenced Pleading:**   Notice of Subpoena Issued to Auburn Police Department
                           Document #13

**The referenced pleading was electronically filed on 11/18/05 in this case and is not in compliance with the local rules and/or administrative procedures of this court.**

***This pleading is discovery and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY**

**This pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket. Parties should be aware that the striking of this document does not affect their responsibilities as to the discovery process.**