IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

PHOEBE U. LOVE,                )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      3:05cv766-MHT
                               )
FOOT LOCKER STORES, INC.,      )
                               )
    Defendant.                 )

## ORDER

It is ORDERED that the uniform scheduling order (Doc. No. 12) is amended to reflect that the pretrial, now set for April 6, 2006, is reset for April 5, 2006, with all deadlines expressly tied to this date adjusted accordingly.

DONE, this the 13th day of February, 2006.

                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE