IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHOEBE U. LOVE, ) | |
|     Plaintiff, ) | |
| Vs. ) | Case No. 3:05-cv-00766-MHT |
| FOOT LOCKER STORES, INC. ) | |
|     Defendant. ) | |

## MOTION FOR CONTINUANCE FOR SETTLEMENT

COMES NOW plaintiff Phoebe Love, through counsel, and makes this Motion for Continuance for Settlement and states as follows:

1. The Court has scheduled a pre-trial conference for April 5, 2006.

2. The parties have been involved in settlement negotiations for several weeks and have reached a tentative agreement.

3. Documents are being prepared by defendant's counsel for review by plaintiff's counsel but review and execution possibly will not be finished by the pre-trial conference date.

4. It is anticipated that a Joint Stipulation for Dismissal with Prejudice will be filed soon.

5. This motion has been discussed with Tim Riemann, Esq., one of the attorneys for Defendant Foot Locker and the motion is unopposed.

WHEREFORE, plaintiff moves the Court for a reasonable continuance for settlement.

                                            s/W. Don Eddins (ASB-1424-S65W)
                                            Attorney for Plaintiff
                                            337 E. Magnolia Avenue, Ste. 3
                                            Auburn, AL 36830
                                            (334) 821-9981
                                            Facsimile (334) 826-7700

**CERTIFICATE OF SERVICE**

  I hereby certify that on  17th  day of  March, 2006, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Tim J. Riemann, Esq.
    William C. Martucci, Esq.
    Shook, Hardy & Bacon, L.L.P.
    Attorneys for Defendant
    10801 Mastin, Suite 1000
    Overland Park, KS  66210-1671

    David E. Allred, Esq.
    Attorney for Defendant
    P.O. Box 241594
    Montgomery, AL  36124-1594


    /s/W. Don Eddins (ASB-1424-S65W)
    Attorney for Plaintiff