IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| PHOEBE U. LOVE, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv766-MHT |
| | ) | |
| FOOT LOCKER STORES, INC., | ) | |
| | ) | |
|    Defendant. | ) | |

### ORDER

It is ORDERED as follows:

(1) The motion for continuance (Doc. No. 17) is granted.

(2) The pretrial conference is reset for April 14, 2006, at 9:00 a.m. at the federal courthouse in Montgomery, Alabama.

DONE, this the 20th day of March, 2006.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE