IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHOEBE U. LOVE, ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.: 3:05-cv-00766-MHT |
| FOOT LOCKER STORES, INC., ) | |
| Defendant. ) | |

## JOINT STIPULATION FOR DISMISSAL

Plaintiff and Defendant, acting by and through their undersigned counsel of record, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41 and other applicable law, that the above styled action be dismissed with prejudice as to plaintiff's claims against defendant, pursuant to a separately executed Settlement Agreement and Release, with each party to bear its own costs and expenses.

Done this 5th day of April, 2006.

Respectfully,

W. Don Eddins (ASB-1424-S65W)
Attorney for Plaintiff
337 E. Magnolia Avenue
Suite 3
Auburn, AL 36830
(334) 821-9981
Facsimile (334) 826-7700

Tim J. Riemann
William C. Martiucci
Shook, Hardy & Bacon, L.L.P.
Attorneys for Defendant
10801 Mastin, Suite 1000
Overland Park, KS 66210-1671
(913) 451-6060
Facsimile (913) 451-8879