IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| PHOEBE U. LOVE,                     )<br>                                     )<br>    Plaintiff,                      )<br>                                     )<br>    v.                               )<br>                                     )<br>FOOT LOCKER STORES, INC.,            )<br>                                     )<br>    Defendant.                       ) | CIVIL ACTION NO.<br>3:05cv766-MHT<br>(WO) |

## JUDGMENT

Pursuant to the joint stipulation for dismissal (doc. no. 19), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 6th day of April, 2006.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE